AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

### OFFENSE CHARGED

Ct 1: Hobbs Act Robbery, 18 USC 1951 & 2
Ct. 2: Use/Possession of Firearm in Furtherance of Crime of Violence

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:
Please see attached

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

### DEFENDANT - U.S.

▶ JOSEPH ORTIZ

**JSW**

DISTRICT COURT NUMBER

# CR 12 0119

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

Special Agent Anthony Tillet, Homeland Security Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.
09-CR-1040

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

12-MAG-70113

Name and Office of Person Furnishing Information on THIS FORM
MELINDA HAAG
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
W.S. Wilson Leung/Acadia L. Senese

### DEFENDANT

**IS _NOT_ IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
} ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?
☐ Yes
☐ No
} If "Yes" give date filed

DATE OF ARREST ▶ 2/11/2012
Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶
Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____
Before Judge: _____

Comments:

United States v. Joseph Ortiz
Defendant Information Sheet (cont'd)

Maximum Penalties

Count One: Hobbs Act Robbery
Maximum Term of Imprisonment: 20 years
Maximum Fine: the greatest of either (a) $250,000 or (b) twice the gross pecuniary gain or loss from the offense
Maximum Term of Supervised Release: 3 years
Mandatory $100 special assessment

Count Two: Use/Possession of Firearm in Furtherance of Crime of Violence
Maximum Term of Imprisonment: Life
Mandatory Minimum Term of Imprisonment: 7 years, to be imposed consecutive to any other term of imprisonment
Maximum Fine: the greatest of either (a) $250,000 or (b) twice the gross pecuniary gain or loss from the offense
Maximum Term of Supervised Release: 5 years
Mandatory $100 special assessment

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

## VENUE: SAN FRANCISCO

*FILED*

2012 FEB 23 P 2:31

RICHARD W. WIEKING
CLERK, U.S. DIST.
NORTHERN DIST. OF CA.
COURT



**JSW**

---

### UNITED STATES OF AMERICA,

V.

# CR 12 0119

### JOSEPH ORTIZ,

*E-filing*

### DEFENDANT(S).

---

# INDICTMENT

18 U.S.C. § 1951  - Hobbs Act Robbery;
18 U.S.C. § 924(c) - Possession of Firearm in Furtherance of Crime of Violence;
18 U.S.C. § 2-Aiding and Abetting

---

A true bill.

_____ Foreman

Filed in open court this __23__ day of

__February, 2012__          **Brenda Tolbert**

_____  Clerk **Maria Elena James**
                                  **United States Chief Magistrate Judge**

2-23-12          Bail, $ _____
                 **NO PROCESS**

1  MELINDA HAAG (CABN 132612)
   United States Attorney

2                                    FILED

3                              2012 FEB 23 ⊃ 2: 31

4                                RICHARD W. WIEKING
                                CLERK, U.S. DISTRICT COURT
5                             NORTHERN DISTRICT OF CALIFORNIA

6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION



11

12  UNITED STATES OF AMERICA,        )  CR No. 12   0119
                                     )
13                                   )
          v.                         )
14                                   )  VIOLATIONS: 18 U.S.C.§§ 1951 – Hobbs
                                     )  Act Robbery; 18 U.S.C. § 924(c) –
15  JOSEPH ORTIZ,                    )  Possession of a Firearm in Furtherance of a
                                     )  Crime of Violence; 18 U.S.C. § 2 — Aiding
16                                   )  and Abetting
          Defendant.                 )
17                                   )  SAN FRANCISCO VENUE
                                     )
18  _____ )

19

20                       I N D I C T M E N T

21

22  The Grand Jury charges:

23  COUNT ONE:        (18 U.S.C. §§ 1951 and 2 – Hobbs Act Robbery)

24         On or about April 5, 2010, in the Northern District of California, the

25  defendant,

26                          JOSEPH ORTIZ,

27  and others known and unknown to the Grand Jury, unlawfully, willfully, and knowingly did

28  obstruct, delay, and affect commerce and the movement of articles and commodities in

    INDICTMENT

1 │ commerce by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1);

2 │     All in violation of Title 18, United States Code, Sections 1951 and 2.

3 │ COUNT TWO:    (18 U.S.C. §§ 924(c) and 2 – Possession of a Firearm in Furtherance of a

4 │                             Crime of Violence)

5 │            On or about April 5, 2010, in the Northern District of California, the

6 │ defendant,

7 │                         JOSEPH ORTIZ,

8 │ and others known and unknown to the Grand Jury, unlawfully, willfully, and knowingly did use

9 │ and carry a firearm during and in relation to a crime of violence for which he may be prosecuted

10 │ in a court of the United States, namely, the robbery affecting commerce charged in Count One of

11 │ this Indictment, and did possess and brandish a firearm in furtherance of the offense charged in

12 │ Count One of this Indictment;

13 │     All in violation of Title 18, United States Code, Sections 924(c) and 2.

15 │ DATED: February __23__, 2012           A TRUE BILL.

17 │                                                                FOREPERSON

20 │ MELINDA HAAG
│ United States Attorney

22 │ MIRANDA KANE
23 │ Chief, Criminal Division

26 │ (Approved as to form: _____)
│                         W.S. WILSON LEUNG
27 │                         ACADIA L. SENESE
28 │                         Assistant United States Attorneys

INDICTMENT