IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00119 SI |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION TO COMPEL** |
| v. | |
| JOSEPH ORTIZ, | |
| Defendant. | |

On May 4, 2012, the Court held a hearing on defendant's motion to compel. As discussed at the hearing, in light of the filing of the superseding indictment the Court finds that it will be more efficient to set a discovery plan for the case as a whole rather than ordering the production of discovery on a piecemeal basis.

Accordingly, the Court DENIES defendant's motion. The Court will address discovery matters at the June 22, 2012 hearing. This order resolves Docket Nos. 12 and 28.

**IT IS SO ORDERED.**

Dated: May 7, 2012

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE