MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ACADIA L. SENESE (CABN 251287)
W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorneys
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: acadia.senese@usdoj.gov

Attorneys for United State of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> <br> v. <br> <br> JOSEPH ORTIZ, et al., <br> <br> Defendant. | No. CR 12-0119 SI <br> <br> **PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

To the Honorable Maria-Elena James, United States Magistrate Judge for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoner,

GREGORIO GUZMAN,

The prisoner is required to appear in the above-referenced matter forthwith for prosecution

//

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

purposes of custody and jailor are set forth in the requested Writ, attached hereto.

DATED:   July 31, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
ACADIA L. SENESE
Assistant United States Attorney

IT IS SO ORDERED.

DATED:

_____
HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

To: James Dinkins, Executive Associate Director of Homeland Security Investigations; any of his authorized agents; and the Jailor, Warden, Sheriff, or other Official of the San Mateo County Sheriff's Department, 300 Bradford Street, Redwood City, California 94066.

**GREETINGS**

WE COMMAND that you have and produce the body of,

GREGORIO GUZMAN,

(DOB: September 5, 1973; CDCR # T08161), in your custody in the above-referenced institution, FORTHWITH before the United States District Court in and for the Northern District of California, at 450 Golden Gate Avenue, San Francisco, California 94102, so that GREGORIO GUZMAN, may then and there appear for prosecution purposes on August 2, 2012 at 9:00 a.m.. You shall produce the prisoner thereafter at all times necessary until the termination of the proceedings in the above-referenced matter. Immediately thereafter, you shall return the prisoner to the above-referenced institution, or abide by whatever further order the Court may make concerning his custody.

WE FURTHER COMMAND that if the prisoner is to be released from custody in the above-referenced institution, the prisoner be IMMEDIATELY delivered to the United States Marshal or any of his authorized deputies pursuant to this writ.

WITNESS Maria-Elena James, United States Magistrate Judge for the Northern District of California.

DATED:                                   CLERK
                                         UNITED STATES DISTRICT COURT
                                         NORTHERN DISTRICT OF CALIFORNIA


                                         _____
                                         DEPUTY CLERK

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM