MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ACADIA L. SENESE (CABN 251287)
W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7301
    Facsimile: (415) 436-6758
    E-Mail:  acadia.senese@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-0119 SI |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM AUGUST 3, 2012 TO OCTOBER 12, 2012 |
| JOSEPH ORTIZ, et al., | ) | |
| Defendant. | ) | |

    The instant matter was set before the Court on August 3, 2012 for a hearing on the defendants' motion for discovery. The matter was not called because of a conflict in the Court's schedule. Instead, the Court referred all discovery related matters to the Honorable Judge Beeler. See Order of Referral (Docket #242). The parties since conferred and jointly request that the Court calendar the instant matter before the Judge Illston on October 12, 2012 at 11:30 a.m. for a status appearance.

    Additionally, the parties agree that time should be excluded from August 3, 2012 to October 12, 2012 under the Speedy Trial Act for effective preparation of counsel because granting the

exclusion of time is necessary in light of the ongoing production of discovery taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  The parties also agree that an exclusion of time under the Speedy Trial Act is appropriate because the instant case is a complex matter and because the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendants in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(B)(ii) & (h)(7)(A).

SO STIPULATED:

Dated:  August 9, 2012           MELINDA HAAG
                                 United States Attorney


                           By:   /s/
                                 Acadia L. Senese
                                 W.S. Wilson Leung
                                 Assistant United States Attorneys


Dated: August 10, 2012           /s/
                                 Shawn Halbert, Esq.
                                 Edward A. Smock, Esq.
                                 John T. Philipsborn. Esq.
                                 Attorneys for Defendant Joseph Ortiz


Dated: August 23, 2012           /s/
                                 William I. Osterhoudt, Esq.
                                 Richard B. Mazer, Esq.
                                 Attorneys for Defendant Victor Flores


Dated: August 9, 2012            /s/
                                 David L. Andersen, Esq.
                                 Richard A. Tamor, Esq.
                                 Attorneys for Defendant Justin Whipple


Dated: August 9, 2012            /s/
                                 Stuart D. Hanlon, Esq.
                                 Geoffrey Rottwein, Esq.
                                 Attorney for Defendant Benjamin Campos-Gonzalez

Dated: August 9, 2012          /s/
                               _____
                               Garrick S. Lew, Esq.
                               Attorney for Defendant Michael Ortiz, Jr.


Dated: August 9, 2012          /s/
                               _____
                               Mary G. McNamara, Esq.
                               Attorney for Defendant Michael Ortiz, Sr.


Dated: August 14, 2012         /s/
                               _____
                               Linda A. Fullerton, Esq.
                               Attorney for Defendant Armando Acosta


Dated: August 10, 2012         /s/
                               _____
                               Kenneth H. Wine, Esq.
                               Attorney for Defendant Giovanni Rimando Ascencio


Dated: August 10, 2012         /s/
                               _____
                               Galia A. Phillips
                               Attorney for Defendant Raymond Hembry


Dated: August 10, 2012         /s/
                               _____
                               Alan A. Dressler, Esq.
                               Attorney for Defendant James Hembry


Dated: August 10, 2012         /s/
                               _____
                               Edwin K. Prather, Esq.
                               Attorney for Defendant Richard Martinez


Dated: August 9, 2012          /s/
                               _____
                               Frank Bell, Esq.
                               Attorney for Defendant Gregorio Guzman


Dated: August 23, 2012         /s/
                               _____
                               George C. Boisseau, Esq.
                               Attorney for Defendant Mario Bergren


Dated: August 14, 2012         /s/
                               _____
                               Paul Wolf, Esq.
                               Attorney for Defendant Andrew Bryant

| | | |
|---|---|---|
| 1 | Dated: August 9, 2012 | /s/ |
| 2 | | Julia M. Jayne, Esq. |
| | | Attorney for Defendant Peter Davis |

Dated: August 9, 2012       /s/
　　　　　　　　　　　　　K.C. Maxwell, Esq.
　　　　　　　　　　　　　Attorney for Defendant Louis Rodriguez

Dated: August 9, 2012       /s/
　　　　　　　　　　　　　Robert F. Waggener, Esq.
　　　　　　　　　　　　　Attorney for Defendant Tanya Rodriguez

Dated: August 9, 2012       /s/
　　　　　　　　　　　　　Suzanne M. Morris, Esq.
　　　　　　　　　　　　　Attorney for Defendant Betty Ortiz


IT IS SO ORDERED.

Dated: August 24, 2012      [signature]
　　　　　　　　　　　　　HON. SUSAN ILLSTON
　　　　　　　　　　　　　United States District Judge