```
 1  STEVEN KALAR
    Federal Public Defender
 2  SHAWN HALBERT, ESQ. - SBN 179023
    Assistant Federal Public Defender
 3  19th Floor Federal Building – Box 36106
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    Telephone: (415) 436-7700
 5
    JOHN T. PHILIPSBORN, ESQ. - SBN 83944
 6  Law Offices of John T. Philipsborn
    507 Polk Street, Suite 350
 7  San Francisco, California 94102
    Telephone:(415) 771-3801
 8  JPhilipsbo@aol.com

 9  Counsel for Defendant JOSEPH ORTIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-12-0119 SI |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ~~PROPOSED~~ ORDER RE BRIEFING AND HEARING SCHEDULES (RE MOTIONS, DOCKET NOS. 430, 437) |
| v. | ) | |
| JOSEPH ORTIZ et al, | ) | Court: Honorable Susan Illston |
| Defendant. | ) | |

## STIPULATION

The parties submit this stipulation and proposed order to alter the briefing and/or hearing schedules in two motions filed by Joseph Ortiz that are pending before this Court.

Joseph Ortiz's Motion for Case Management Order Compelling Government to Produce Withheld Non-Jencks Discovery Pursuant to a Protective Order, Docket 430 (to which the government responded in Docket No. 436), is set for hearing on December 20, 2012. The parties

STIPULATION AND PROPOSED ORDER RE
BRIEFING AND HEARING SCHEDULES
No. CR-12-0119 SI                                          1

1  jointly stipulate that the hearing date for this motion shall be continued to January 11, 2013 with

2  defendant's reply brief due on January 8, 2013.

3      Joseph Ortiz's Motion for Order for Inspection and Copying of Jury Records With

4  Supporting Authority, Docket 437, is set for hearing on January 11, 2013.  The parties jointly

5  stipulate that the hearing date for this motion shall remain on January 11, 2013 but the

6  government's opposition brief will not be due until January 4, 2013.

7      The parties' next date before this court is December 20, 2012, with items on the agenda

8  including severance and trial grouping issues.  This stipulation does not affect that court date or

9  those issues.

10  Dated:   12/18/12

    MELINDA HAAG
11      United States Attorney

12

    /s/
13      ACADIA SENESE
    W.S. WILSON LEUNG
14      Assistant United States Attorneys

15

16  Dated:   12/18/12           /s/
    SHAWN HALBERT
17      JOHN PHILIPSBORN
    Attorneys for Defendant Joseph Ortiz

18

19

20

21

22

23

24

25

26

STIPULATION AND PROPOSED ORDER RE
BRIEFING AND HEARING SCHEDULES
No. CR-12-0119 SI                    2

**~~PROPOSED~~ ORDER**

For good cause shown and in light of the stipulation of the parties, IT IS HEREBY ORDERED that hearing on Joseph Ortiz's Motion for Case Management Order Compelling Government to Produce Withheld Non-Jencks Discovery Pursuant to a Protective Order, Docket 430, shall be continued to January 11, 2013.  Defendant's reply brief shall be due on January 8, 2013.  The government's opposition brief to Joseph Ortiz's Motion for Order for Inspection and Copying of Jury Records With Supporting Authority, Docket 437, shall be due on January 4, 2013.

The parties' next date before this court remains December 20, 2012, with items on the agenda including severance and trial grouping issues.

IT IS SO ORDERED.

Dated: 12/18/2012

_____
HONORABLE SUSAN ILLSTON
United States District Court Judge