UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 12-00119-SI (LB) |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| JOSEPH ORTIZ, et al., | ) ) | |
| Defendants. | ) ) | |

The undersigned held a hearing on January 9, 2013. This order memorializes what happened.

*First*, Ms. Perilman will confer with Alex Roberts of the National Litigation Support Team to come up with a plan for secure laptops for evidence review in the jail. Ms. Perilman proposed one laptop each for the defendants in administrative segregation and another laptop in the secure library. She emphasized how expensive and burdensome it would be to try to provide hard-copy discovery and believes that this is a more cost-effective solution. Ms. Senese does not object in principle. Ms. Perilman will provide a proposal to Ms. Senese by January 16, 2013.

*Second*, Raymond Hembry has had some difficulties accessing discovery at Glenn Dyer jail. A new process has been put into place to cc jail officials on certain planning emails (at least that was the court's understanding). Also, having computer access may moot the issue. The parties will update the court at the next status hearing.

ORDER (CR 12-00119-SI (LB))

  *Third,* Ms. Perilman asked whether the government would identify which discovery requests it had responded to, and Ms. Senese said that she would by January 16, 2013.

  *Fourth*, James Hembry has certain discovery requests pending (such as local police reports), and apparently the government has asked for them from San Mateo County. Mr. Dressler explained that it would be helpful to know whether San Mateo would be providing the information and when. Ms. Senese explained that she was coordinating multiple requests and did not have a firm time line. The court suggested to Mr. Dressler that he consider whether an order like the court's order at ECF No. 420 might facilitate the production of information. If he thinks the approach would be helpful, Mr. Dressler should provide a draft to the government.

  The court set a further status hearing for Thursday, January 24, 2013, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: January 24, 2013

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (CR 12-00119-SI (LB))

-2-