| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | ACADIA L. SENESE (CABN 251287)<br>W.S. WILSON LEUNG (CABN 190939) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-7200<br>Fax: (415) 436-7234 |
| 8 | E-Mail: acadia.senese@usdoj.gov |
| 9 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. Cr 12-0119 SI |
| | ) | |
| v. | ) | |
| | ) | |
| VICTOR FLORES,<br>  a/k/a "Little Creeper," | ) | **UNITED STATES' NOTICE OF INTENT NOT TO SEEK THE DEATH PENALTY** |
| | ) | |
| Defendant. | ) | |

The United States of America hereby presents notice that it has elected not to seek the punishment of death against defendant VICTOR FLORES for the capital crimes charged in Second Superseding Indictment 12-CR-0119-SI.

DATED: May 15, 2013         MELINDA HAAG
                             United States Attorney


                        By:    /s/
                             ACADIA L. SENESE
                             W.S. WILSON LEUNG
                             Assistant United States Attorneys