1 | STEVEN G. KALAR
Federal Public Defender
2 | SHAWN HALBERT
LARA VINNARD
3 | Assistant Federal Public Defenders
450 Golden Gate Avenue
4 | San Francisco, CA  94102
Telephone:  (415) 436-7700
5 |
JOHN T. PHILIPSBORN, ESQ.
6 | Law Offices of John T. Philipsborn
507 Polk Street, Suite 350
7 | San Francisco, California 94102
(415) 771-3801
8 | JPhilipsbo@aol.com
9 | Counsel for Defendant ORTIZ
10 |
11 | IN THE UNITED STATES DISTRICT COURT
12 | FOR THE NORTHERN DISTRICT OF CALIFORNIA
13 |
14 |
15 | UNITED STATES OF AMERICA,        )   No. CR-12-0119 SI
                                 )
16 |          Plaintiff,            )   APPLICATION AND DECLARATION IN
                                 )   SUPPORT OF ORDER AUTHORIZING
                                 )   FILING JOSEPH ORTIZ'S SUBMISSION
17 | v.                              )   RE GOVERNMENT'S MAY 15, 2013
                                 )   DISCOVERY PRODUCTION
18 |                                 )   [SUBMITTED IN CONJUNCTION WITH
                                 )   PUBLICALLY FILED DOCKET NO. 653]
19 | JOSEPH ORTIZ,                   )   UNDER SEAL
                                 )
20 |          Defendant.            )
     _____ )
21 |
22 |          I, SHAWN HALBERT, declare that the following is true and correct to the best of my
23 | knowledge and apply for a sealing order accordingly:
24 | 1.       I am an Assistant Federal Public Defender in the Northern District of California.  John
25 |          Philipsborn and my office have been appointed to represent defendant Joseph Ortiz in the
26 |          above-captioned matter.

2.      In conjunction with the filing of Joseph Ortiz's Response to Government's Notice of Compliance (Docket No. 635) and Government's Response to Court's Order to Produce Unredacted Documents (Docket No. 650), filed on May 21, 2013, Docket No. 653, Mr. Ortiz wishes to describe for the Court in more detail the nature of the government's May 15, 2013 discovery production and some obvious omissions.  However, because the government produced the materials under the terms of this Court's Heightened Protective Order and because Mr. Ortiz needs to discuss materials that relate to confidential informants, the submission and exhibits cannot be publically filed.  Accordingly, he requests that the filing and its exhibits be under seal, served only on the Court and the government.

WHEREFORE, Mr. Ortiz requests an order allowing Joseph Ortiz's Submission re Government's May 15, 2013 Discovery Production [Submitted in Conjunction with Publically Filed Docket No. 653] to be filed under seal.

Dated: May 22, 2013

Respectfully submitted,

SHAWN HALBERT
LARA VINNARD
JOHN T. PHILIPSBORN

By: /s/ Shawn Halbert
Attorneys for Joseph Ortiz

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-0119 SI |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JOSEPH ORTIZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On the application of counsel for defendant Joseph Ortiz and good cause appearing therefore,

IT IS HEREBY ORDERED that Joseph Ortiz's Submission re Government's May 15, 2013

Discovery Production [Submitted in Conjunction with Publically Filed Docket No. 653] be filed

under seal, to be served only on the Court and counsel for the government.

IT IS SO ORDERED.

DATED:_____5/23/13_____     _____

HONORABLE SUSAN ILLSTON
United States District Judge

[PROPOSED] ORDER;
*United States v. Ortiz,* Case No. CR 12-0119 SI