MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ACADIA L. SENESE (CABN 251287)
W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7301
   Facsimile: (415) 436-6753
   E-Mail: acadia.senese@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | ) | No. 12-CR-0119-SI |
|---|---|---|
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING JUNE 26, 2013 STATUS CONFERENCE |
| JOSEPH ORTIZ, et al. | ) | |
| Defendants. | ) | |

      The Government respectfully submits this Stipulation and Proposed Order on behalf of the remaining parties in order to request that the June 26, 2013, status conference in the above-captioned matter be continued until July 19, 2013. The parties agree and stipulate, and the Court finds and holds, as follows:

      1.   Of the nineteen defendants originally charged in the above-captioned matter, twelve defendants remain. Among the issues pending in this case are litigation over the use of the Government's wiretap evidence, with the defense's opening brief due on July 5, 2013, and trial grouping and scheduling.

1  2. However, the Government and several of the parties are currently engaged in
2  discussions that may narrow, if not moot, some of the remaining issues in this case. While these
3  discussions will likely not conclude by June 26, 2013, they will likely conclude shortly thereafter.

4  3. Accordingly, the parties respectfully request that the June 26, 2013, status
5  conference be continued. The parties would respectfully suggest Friday, July 19, 2013, as the
6  new status conference date, by which time the parties believe there may be developments that
7  would be relevant to the management of this case.

SO STIPULATED:

DATED: June 24, 2013

/s/
SHAWN HALBERT, ESQ.
JOHN T. PHILIPSBORN, ESQ.
Counsel for Defendant Joseph Ortiz

DATED: June 24, 2013

/s/
RICHARD MAZER, ESQ.
Counsel for Defendant Victor Flores

DATED: June 24, 2013

/s/
DAVID ANDERSEN, ESQ.
Counsel for Defendant Justin Whipple

DATED: June 24, 2013

/s/
STUART HANLON, ESQ.
Counsel for Defendant Benjamin Campos-Gonzalos

DATED: June 24, 2013

/s/
MARY MCNAMARA, ESQ.
Counsel for Defendant Michael Ortiz, Sr.

DATED: June 24, 2013

/s/
GARRICK LEW, ESQ.
Counsel for Defendant Michael Ortiz, jr.

DATED: June 24, 2013

/s/
LINDA FULLERTON, ESQ.
Counsel for Defendant Benjamin Armando Acosta

DATED: June 24, 2013

/s/
EDWIN PRATHER, ESQ.
Counsel for Defendant Richard Martinez

DATED: June 24, 2013

/s/
GEORGE BOISSEAU, ESQ.
Counsel for Defendant Mario Bergren

DATED: June 24, 2013

/s/
K.C. MAXWELL, ESQ.
Attorney for Defendant Louis Rodriguez

DATED: June 24, 2013

/s/
SUZANNE MORRIS, ESQ.
Counsel for Defendant Betty Ortiz

DATED: June 24, 2013

/s/
ROBERT WAGGENER, ESQ.
Counsel for Defendant Tanya Rodriguez

DATED: June 24, 2013

/s/
ACADIA L. SENESE
W.S. WILSON LEUNG
Assistant United States Attorneys

FOR THE FOREGOING REASONS, IT IS HEREBY ORDERED THAT the June 26, 2013, status conference is continued until July 19, 2013, at 11 am.

DATED: June 25, 2013

HON. SUSAN ILLSTON
United States District Judge