1  STEVEN KALAR
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defenders
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5

6  Counsel for Defendant JOSEPH ORTIZ

7

8
                      UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | UNITED STATES OF AMERICA, | Case No.: CR 12-0119 SI |
13 |         Plaintiff,         | **STIPULATION TO CONTINUE RESTITUTION HEARING; [PROPOSED] ORDER** |
14 |         v.                 |
15 | JOSEPH ORTIZ, et al.,       | Honorable Susan Illston |
16 |         Defendants.         |
17 |_____/ |

18

19                            STIPULATION

20     The parties agree to continue the restitution hearing in the above-captioned matter from

21 February 28, 2014 until March 28, 2014 at 11:00 a.m.  The purpose of the continuance is due to new

22 defense counsel's unavailability.  The government has already contacted the victims about the

23 continuation.

24

25 IT IS SO STIPULATED.

26

Stip to Cont. Rest Hearing, CR 12-119 SI              1

1  DATED:     2/26/14                    _____/S/_____
2                                        ELIZABETH M. FALK
                                         Assistant Federal Public Defender
3
   DATED:     2/26/14                    _____/S/_____
4                                        WILSON LEUNG
                                         Assistant United States Attorney

**[PROPOSED] ORDER**

Based upon the aforementioned representations of the parties, and for good cause shown, it is hereby ORDERED that the restitution hearing in the aforementioned matter be continued from February 28, 2014 until ~~March 28~~ April 4, 2014 at 11:00 a.m.

Dated: 2/28/14

_____
SUSAN ILLSTON
United States District Judge