# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ORTIZ,<br>   Petitioner,<br> v.<br>UNITED STATES OF AMERICA,<br>   Respondent. | Case No. 12-cr-00119-SI-1<br><br>**JUDGMENT** |

The Court has denied petitioner's motion under 28 U.S.C. § 2255.  Judgment is hereby entered against petitioner and in favor of respondent.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 10, 2015

_____
SUSAN ILLSTON
United States District Judge