UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH ORTIZ,<br><br>Defendant. | Case No. 12-cr-00119-SI-1<br><br>**ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL**<br><br>Re: Dkt. No. 1611 |

On November 7, 2013, this Court sentenced defendant, pursuant to the terms of his plea agreement, to five consecutive terms of life imprisonment (for Counts One, Ten, Eleven, Twelve, and Seventeen/Eighteen), to be followed by 60 years (consecutive sentences of 10 years' imprisonment for Count Nine and 25 years' imprisonment for Counts Twenty-Five and Twenty-Seven), and concurrent sentences for all remaining counts.

On May 16, 2016, defendant filed a motion for appointment of counsel under 18 U.S.C. § 3006(a)(2)(B). Defendant contends that he may be entitled to relief with regard to his sentence pursuant to a recent Supreme Court decision, *Johnson v. United States*, 135 S.Ct. 2251 (2015). 18 U.S.C. § 3006A(g) authorizes a district court to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation."

Upon due consideration of the motion, the Court finds that appointment of counsel is warranted in this action. The Clerk shall send a copy of this order to the Federal Public Defender's

Office in San Francisco.

    **IT IS SO ORDERED**.

Dated: June 6, 2016

                                  SUSAN ILLSTON
                                  United States District Judge