1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  STEPHEN MEYER (CABN 263954)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6809
7       Stephen.Meyer@usdoj.gov

8  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-0119 SI |
| v. | STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE |
| JOSEPH ORTIZ, | FOR DEFENDANT'S 2255 PETITION |
| Defendant. | |

Pursuant to the Court's Order dated May 16, 2017, the government is hereby advising the Court that it intends to oppose defendant Joseph Ortiz's 2255 petition. In addition, the government has conferred with Michael Clough, appointed defense counsel with respect to the 2255 petition, regarding a proposed briefing schedule with respect to the defendant's already filed 2255 petition. Given that the defendant is serving mandatory life sentences that are not impacted by the present 2255 petition, the defendant will not suffer any prejudice from awaiting the Supreme Court's decision in Dimaya, which decision may have a substantial impact on this Court's decision on the instant 2255 petition. Thus, the parties stipulate to the following briefing schedule with respect to the defendant's already filed 2255 petition:

(1) The government shall file its opposition brief with 90 days of the Supreme Court's decision in Dimaya;

(2) The defendant shall file any reply brief within 30 days of the government's filing of its opposition.

DATED: June 6, 2016
Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

By: /s/
Stephen Meyer
Assistant United States Attorney

/s/
Michael Clough
Counsel for the Defendant

[PROPOSED] ORDER

Based on the stipulation of the parties, it is hereby ordered that the parties will adhere to the following briefing schedule with respect to the defendant's already filed 2255 petition:

(1) The government shall file its opposition brief with 90 days of the Supreme Court's decision in Dimaya;

(2) The defendant shall file any reply brief within 30 days of the government's filing of its opposition.

IT IS SO ORDERED.

DATED: June  6 , 2017

---------------------------------------
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE