UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSEPH ORTIZ,<br>Defendant. | Case No. 12-cr-00119-SI-1<br><br>**ORDER DIRECTING STATUS REPORT BY SEPTEMBER 23, 2020**<br><br>Re: Dkt. No. 1681 |

Defendant's 28 U.S.C. § 2255 motion has been stayed since September 28, 2018, pursuant to the parties' stipulation and this Court's order awaiting the resolution of several cases then pending in the Ninth Circuit. *See* Dkt. No. 1681. At the time of the filing of the stipulation and order, one case (*Dominquez*) had been fully briefed and one case (*Blackstone*) had been decided by a panel and was possibly going to be reconsidered *en banc*.

The Court directs the parties to notify the Court by joint letter no later than September 23, 2020, regarding the status of *Dominguez* and *Blackstone* and whether a continued stay of defendant's 2255 petition is appropriate.

**IT IS SO ORDERED**.

Dated: September 15, 2020

SUSAN ILLSTON
United States District Judge