UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 12-cr-00119-SI-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER LIFTING STAY AND SETTING BRIEFING SCHEDULE RE: 2255 PETITION FILED BY DEFENDANT JOSEPH ORTIZ** |
| JOSEPH ORTIZ, | |
| Defendant. | Re: Dkt. No. 1649 |

The parties have advised the Court that the stay in this case can be lifted and that they have agreed on a briefing schedule. Accordingly, the Court LIFTS the stay and adopts the following schedule: defendant shall file a reply brief by December 15, 2020, and the government shall file a supplemental brief within 60 days after the filing of the reply. The matter will be deemed submitted upon the completion of briefing.

**IT IS SO ORDERED**.

Dated: September 25, 2020

SUSAN ILLSTON
United States District Judge